United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-1387
_____

United States of America,          *
                                       *

           Appellee,           *
                                       * Appeal from the United States
     v.                               * District Court for the
                                       * Southern District of Iowa.
Miguel Angel Cervantes, also known     *
as Rocky Cervantes,            *        [UNPUBLISHED]
                                       *

          Appellant.          *

_____

Submitted: March 18, 1998

Filed: March 26, 1998
_____

Before LOKEN, MAGILL, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Miguel Angel Cervantes challenges his convictions for conspiring to distribute
marijuana and using a communication facility to distribute marijuana, and the resulting
60-month sentence imposed by the district court.[1]  Counsel has filed a brief pursuant
to Anders v. California, 386 U.S. 738 (1967), and has moved to withdraw.  After
carefully reviewing the record, we conclude that Cervantes's Speedy Trial Act and

_____

[1]The Honorable Harold D. Vietor, United States District Judge for the Southern
District of Iowa.

double jeopardy claims, to the extent they may be raised, are without merit.  See United States v. McFarland, 116 F.3d 316, 318 (8th Cir.) (defendant waived Speedy Trial Act violation by failing to move for dismissal; seven-month delay between indictment and trial did not violate Sixth Amendment right to speedy trial), cert. denied, 118 S. Ct. 394 (1997); United States v. Bentley, 82 F.3d 222, 223 (8th Cir. 1996) (defendant's failure to raise double jeopardy argument in district court constitutes waiver); United States v. Basile, 109 F.3d 1304, 1306-07 (8th Cir.) (dual sovereignty doctrine permits both state and federal governments to punish same individual for same act), cert. denied, 118 S. Ct. 173, and cert. denied, 118 S. Ct. 189 (1997).

We have reviewed the record for any nonfrivolous issues in accordance with Penson v. Ohio, 488 U.S. 75, 80 (1988), and find none.

Accordingly, the judgment of the district court is affirmed and counsel's motion to withdraw is granted.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.